UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| PHAEDRA C. PARKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:12-cv-01779-WSD |
| v. | ) | |
| | ) | **TRIAL BY JURY DEMANDED** |
| VIBE HOLDINGS, LLC and | ) | |
| FAME PRODUCTIONS, INC., | ) | |
| d/b/a AUGUSTUS PUBLISHING, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL OF VIBE HOLDINGS, LLC WITHOUT PREJUDICE

COME NOW Plaintiff Phaedra C. Parks and Defendant Vibe Holdings,

LLC, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and hereby stipulate, through their

attorneys of record, that this action against Vibe Holdings, LLC is dismissed

without prejudice.

Respectfully submitted this 27th day of September 2012.


/s/ Stacey Godfrey Evans
L. Lin Wood
lwood@whetriallaw.com
Georgia Bar No. 774588
Stacey Godfrey Evans
sevans@whetriallaw.com
Georgia Bar No. 298555
Amy M. Stewart

/s/ Danielle K. Berry
Leron E. Rogers
lrogers@lbbslaw.com
Georgia Bar No. 482620
Danielle K. Berry
dberry@lbbslaw.com
Georgia Bar No. 159029

astewart@whetriallaw.com
Georgia Bar No. 141481

Wood, Hernacki & Evans, LLC
1180 West Peachtree Street
Suite 2400
Atlanta, Georgia 30309
404-891-1402
404-506-9111 (fax)

Brenda Joy "B.J." Bernstein
bjbernstein@bernsteinfirm.com
Georgia Bar No. 054904

The Bernstein Firm P.C.
1180 Peachtree Street
Suite 2210
Atlanta, Georgia 30309
404-522-1200
404-810-9092 (fax)

Lewis Brisbois Bisgaard & Smith, LLP
1180 Peachtree Street, N.E.
Suite 2900
Atlanta, GA 30309
404-348-8585
404-467-8845 (fax)

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **STIPULATION OF DISMISSAL OF VIBE HOLDINGS, LLC WITHOUT PREJUDICE** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the attorneys of record.

This <u>27th</u> day of September 2012.

<u>/s/ Stacey Godfrey Evans</u>
Stacey Godfrey Evans
